TRINA A. HIGGINS, United States Attorney (7349)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

FILED US District Court-UT
AUG 17 '22 PM02:12

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | |
| vs. | Count I: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm; |
| ROBERT ANDREW SANCHEZ, | |
| Defendant. | Count II: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition. |

Case: 4:22-cr-00092
Assigned To : Shelby, Robert J.
Assign. Date : 8/16/2022

The Grand Jury charges:

COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about March 12, 2022, in the District of Utah,

**ROBERT ANDREW SANCHEZ**,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Smith and Wesson M&P9 handgun, from a licensed firearm dealer within the meaning of Chapter

44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, that is, he falsely answered "no" on ATF Form 4473 asking whether he had ever been convicted of a felony; when, as he then knew, the answer was untrue; all in violation of 18 U.S.C. § 922(a)(6).

COUNT II
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about May 10, 2022, in the District of Utah,

**ROBERT ANDREW SANCHEZ**,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a GLOCK 19, 9MM handgun, and ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense charged herein in violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the

//
//
//
//
//

commission of the offense, including, but not limited to:

- a GLOCK 19, 9MM handgun, and
- associated ammunition.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

BRADY WILSON
Assistant United States Attorney